JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
  *jgoodman@gnhllp.com*
ZACHARY S. TOLSON, ESQUIRE - State Bar #242824
  *ztolson@gnhllp.com*
GOODMAN NEUMAN HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:   (415) 705-0400
Facsimile:    (415) 705-0411
Attorneys for Defendant
ELEVATOR SERVICE COMPANY
OF CENTRAL CALIFORNIA

JOHN C. STEIN, ESQUIRE - State Bar #39417
  *jstein@boccardo.com*
The Boccardo Law Firm, Inc.
111 West St. John Street, Suite 400
San Jose, CA  95113
Telephone:   (408) 298-5678
Facsimile:    (408) 298-7503
Attorneys for Plaintiffs
JASON AND AMY MUNOZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JASON MUNOZ, individually; AMY MUNOZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ELEVATOR SERVICE COMPANY OF CENTRAL CALIFORNIA, INC.<br><br>Defendants. | Case No. C13-02374 RMW<br><br>**[] COURT ORDER TO THE NAVY** |

**ORDER**

The above-captioned case is pending in the United States District Court, Northern District of California, San Jose Division.

Plaintiff JASON MUNOZ claims to have been injured by an elevator malfunction on or about January 17, 2013 at the premises known as the Naval Postgraduate School, in Monterey, California, more specifically, at or near Building 305 (Glasgow Hall East). JASON MUNOZ is or was an employee of the Naval Postgraduate School.

///

-1-
COURT ORDER

TO THE DEPARTMENT OF NAVY, the NAVAL POSTGRADUATE SCHOOL, and/or NAVFAC:  Pursuant to 5 U.S.C. § 552a(b)(11) (release under the order of a court of competent jurisdiction), the following is a court-order signed by the judge who has cognizance over the case to obtain the release of the records.

***

The DEPARTMENT OF NAVY and/or NAVAL POSTGRADUATE SCHOOL, and/or NAVFAC SHALL:

1. Produce any and all documents pertaining to JASON MUNOZ regarding his employment, including, but not limited to, job applications, discipline records, performance reviews, earnings records, injury claims, workers' compensation claims, hiring and termination documents, customer complaints, supervisory complaints, co-worker complaints, and any safety training, work rules, work policies, and work procedures regarding general workplace safety.  The documents are to be produced within 30 days of service of this Order, unless otherwise agreed to by the Goodman Neuman Hamilton LLP.

2. Produce any and all documents pertaining to the incident wherein JASON MUNOZ claims to have been injured in an elevator on January 17, 2013 at or near Building 305 (Glasgow Hall East) of the Naval Postgraduate School, located at University Circle, Monterey, California. The documents are to be produced within 30 days of service of this Order, unless otherwise agreed to by the Goodman Neuman Hamilton LLP

3. Produce any and all documents pertaining to power outages or fluctuations at the Naval Postgraduate School in Monterey, California, for the time period of January 1, 2003 through the present. The documents are to be produced within 30 days of service of this Order, unless otherwise agreed to by the Goodman Neuman Hamilton LLP

4. Produce (make available) the elevator at issue to the parties and their experts for non-destructive testing and inspection at the joint convenience of the

Goodman Neuman Hamilton LLP
417 Montgomery Street
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

Parties and Naval Postgraduate School, but any event, within 90 days.

5. Depositions of Department of Navy, Naval Postgraduate School, and/or NAVFAC personnel with knowledge of the issues and documents sought by numbers 1 through 4 above are to be arranged at the convenience of the Parties and the Naval Postgraduate School, but any event, shall occur by April 30, 2014. It is understood that Department of Navy personnel cannot provide opinion or expert testimony concerning official Department of Defense information except by written special authorization from the Office of the Judge Advocate General of the Navy. It is understood that the United States reserves the right to have a representative present at the deposition or attending telephonically.

6. All process for this ORDER and subsequent orders shall be served via certified mail or overnight delivery (Federal Express or UPS) upon the:

> General Counsel of the Navy
> Navy Litigation Office
> 720 Kennon Street SE,
> Bldg 36 Room 233
> Washington Navy Yard, DC 20374-5013

**IT IS SO ORDERED.**

DATED: _____, 2013

By: _____
HON. RONALD M. WHYTE
United States District Court Judge

Goodman Neuman
Hamilton LLP
417 Montgomery Street
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

-3-
COURT ORDER