United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON MUNOZ and AMY MUNOZ, | Case No. C-13-02374-RMW |
| Plaintiffs, | |
| v. | **ORDER RE: REQUESTS TO CONTINUE SUMMARY JUDGMENT HEARING** |
| ELEVATOR SERVICE COMPANY OF CENTRAL CALIFORNIA, INC., et al. | |
| Defendants. | [Re Docket No. 56] |

Defendant Elevator Service Company of Central California, Inc. ("ESC") filed its motion for summary judgment on December 3, 2014, with a hearing date of January 9, 2015. Dkt. No. 36. On December 16, 2014, the day before plaintiffs' opposition was due, plaintiffs filed an "Application for Administrative Order to Continue [ESC's] Motion for Summary Judgment", citing Local Rule 7-7. Dkt. No. 56. This motion is more properly characterized as an ex parte motion to change time under Rule 6-3. The court also received an email inquiry from defendant KONE indicating that it also seeks to continue the summary judgment motion. *See* Ex. 1 to this Order.

The court directs defendant KONE to file an ex parte application under Rule 6-3, if it wishes. ESC may file an opposition to the motions to continue by Monday, December 22, 2014. *See* Civil L. R. 6-3(b).

ORDER RE: MOTION TO EXTEND TIME
Case No. C-13-02374-RMW
LRM

- 1 -

1  **IT IS SO ORDERED.**

2  Dated: December 18, 2014



Ronald M. Whyte
United States District Judge

# EXHIBIT 1



**Fw: Calendar Request: Munoz v. ESC (5:13-CV-02374)**

Jackie Garcia    to: Libby Moulton    12/18/2014 10:46 AM

This message is digitally signed.

see below



**Jackie Lynn Garcia**
Courtroom Clerk to Judge Ronald M. Whyte and
Judge D. Lowell Jensen
United States District Court for the Northern District of California - San Jose Division
280 South First Street
San Jose, CA 95113
jackie_garcia@cand.uscourts.gov
www.cand.uscourts.gov
Direct Dial: (408) 535-5375
Fax: (408) 535-5329

----- Forwarded by Jackie Garcia/CAND/09/USCOURTS on 12/18/2014 10:46 AM -----

| | |
|---|---|
| From: | Bret Landess <bret@orplaw.com> |
| To: | "Jackie_Garcia@CAND.UScourts.gov" <Jackie_Garcia@CAND.UScourts.gov> |
| Date: | 12/18/2014 10:39 AM |
| Subject: | Calendar Request: Munoz v. ESC (5:13-CV-02374) |

Dear Ms. Garcia:

My firm represents defendant KONE Inc. in the Munoz v. Elevator Service Company of Central California, Inc. matter (5:13-CV-02374).

I have a question about Judge Whyte's preference in this matter.  Please allow me to briefly explain:

My client intends to file a request for an order continuing co-defendant ESC's motion for summary judgment (currently scheduled for hearing on January 9, 2015) .

Plaintiff recently filed a similar request as an "Application for Administrative Order" pursuant to Local Rule 7-11 (Also scheduled for hearing on January 9, 2015).  My concern is the request may be more adversarial than administrative, and more properly presented as an Ex Parte application pursuant to FRCP Rule 6.

Can you please let me know if the Court has a preference in this regard?  Also, please let me know if the Court would prefer to hear KONE's request on January 9, 2015, or on some other date.

Thank you for your assistance in this matter.

Yours,
Bret R. Landess
Oium Reyen & Pryor
220 Montgomery Street, Suite 910
San Francisco, CA 94104
Tel: 415-392-8300
Fax: 415-421-1254