THE BOCCARDO LAW FIRM, INC.
ATTORNEYS AT LAW
111 W. ST. JOHN STREET, SUITE 400
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 298-5678
FACSIMILE (408) 298-7503

JOHN C. STEIN, SBN 39417
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JASON MUNOZ and AMY MUNOZ, | Case No.: 5:13-CV-02374-RMW |
| Plaintiffs, | |
| vs. | STIPULATION TO EXTEND LIABILITY DISCOVERY DEADLINE |
| ELEVATOR SERVICE COMPANY OF CENTRAL CALIFORNIA, INC., et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the discovery deadline now set for June 30, 2015 is extended until July 30, 2015 to allow all parties to complete discovery, which will allow enough time to file dispositive motions now due October 16, 2015.

DATED: July 6, 2015                             THE BOCCARDO LAW FIRM, INC.

                                                BY: _____
                                                JOHN C. STEIN
                                                Attorneys for Plaintiff

-1-

STIPULATION TO EXTEND LIABILITY DISCOVERY DEADLINE

1 | DATED: 7/9/15

GOODMAN NEUMAN HAMILTON LLP

BY: _____
ZACHARY S. TOLSON
Attorneys for Defendants
ELEVATOR SERVICE COMPANY OF
CENTRAL CALIFORNIA, INC.

DATED: 7-6-2015

OIUM, REYEN & PRYOR

BY: _____
MARK OIUM
Attorneys for Defendants KONE, Inc.

ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that the discovery deadline now set for June 30, 2015 is extended until July 30, 2015.

DATED: _____

*Ronald M. Whyte*

Ronald M. Whyte
U.S. District Court Judge
California Northern District

-2-

STIPULATION TO EXTEND LIABILITY DISCOVERY DEADLINE

## PROOF OF SERVICE

I, the undersigned, declare:

I am now and at all times herein mentioned over the age of eighteen years and not a party to the within action or cause. My business address is 111 West St. John Street, Ste. 400, P.O. Box 15001, San Jose, Santa Clara County, California 95115-0001. On 7/10/15 , I served a copy of the attached **STIPULATION TO EXTEND LIABILITY DISCOVERY DEADLINE** on the parties to this action by placing a true copy thereof in a sealed envelope addressed to:

| | |
|---|---|
| Zachary S. Tolson<br>Goodman, Neuman, Hamilton, LLP<br>417 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Phone: 415-705-0400<br>Fax: 415-705-0411<br>Atty for Defendant<br>Elevator Service Company of<br>Central California, Inc.<br>Via ECF to ZTolson@gnhllp.com | Mark Oium<br>Bret Landess<br>OIUM REYEN & PRYOR<br>220 Montgomery Street, Suite 910<br>San Francisco, CA 94104<br>Tel: 415-392-8300<br>Fax: 415-421-1254<br>Atty for Defendant<br>Kone, Inc.<br>Via ECF to Bret@orplaw.com |

(_) (BY MAIL). I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Jose, California, following ordinary business practices. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service; this correspondence would be deposited with the United States Postal Service on the above date in the ordinary course of business.

(_) (BY PERSONAL SERVICE). I caused each such envelope to be delivered by hand to the addressee(s) noted.

(_) (BY FACSIMILE). I caused the said document to be transmitted by facsimile machine to the number indicated after the address(es) noted.

(_) (BY OVERNIGHT DELIVERY). I caused said envelope to be delivered by Overnight next day delivery in accordance with CCP §1013(c).

( ) (BY EMAIL OR ELECTRONIC TRANSMISSION). Based on a Court order or an agreement of the parties to accept service by email or electronic transmission, I caused the document(s) to be sent from email address **jen@boccardo.com** to the persons at the email addresses listed below in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(XX) BY CM/ECF NOTICE OF ELECTRONIC FILING for parties that are CM/ECF participants. Service is being made electronically on those parties that are registered users of the Court's electronic case filing system.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/10/15 at San Jose, California.

JENNIFER HOLTZER

-1-

PROOF OF SERVICE